Christine Pham
Legal Helpers, P.C.
260 California Street, Ste. 801
San Francisco, CA 94111
Tel: 1.866.339.1156
Fax: 1.312.822.1064
Email: cph@legalhelpers.com
*Attorneys for Plaintiff*

**FILED**
DEC 02 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| Raquel Oliveros, | Case No. 1:10-cv-01296-AWI-GSA |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Allstate Financial Services, Inc., | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(A)(i), without prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Christine Pham*
Christine Pham
260 California Street, Ste. 801
San Francisco, CA 94111
Tel: 1.866.339.1156
Fax: 1.312.822.1064
Email: cph@legalhelpers.com
*Attorneys for Plaintiff*

It is so Ordered. Dated: 12-2-10

_____
United States District Judge

NOTICE OF DISMISSAL
WITHOUT PREJUDICE                          1

| | |
|---|---|
| 1 | |
| 2 | **CERTIFICATE OF SERVICE** |

I hereby certify that a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.

Allstate Financial Services, Inc
c/o Michael O'Conner, Registered Agent
1050 E Flamingo Road
Las Vegas, NV 89119

/s/ Richard J. Meier

NOTICE OF DISMISSAL             2
WITHOUT PREJUDICE