Christine Pham
Legal Helpers, P.C.
260 California Street, Ste. 801
San Francisco, CA 94111
Tel: 1.866.339.1156
Fax: 1.312.822.1064
Email: cph@legalhelpers.com
*Attorneys for Plaintiff*



# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| Raquel Oliveros, | Case No. 1:10-cv-01296-AWI-GSA |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Allstate Financial Services, Inc., | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(A)(i), without prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Christine Pham*
Christine Pham
260 California Street, Ste. 801
San Francisco, CA 94111
Tel: 1.866.339.1156
Fax: 1.312.822.1064
Email: cph@legalhelpers.com
*Attorneys for Plaintiff*

It is so Ordered. Dated: 2-24-11

United States District Judge

Notice of Dismissal - 1

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2011, I Electronically filed the foregoing Notice. Service of this filing will be made by the court's CM/ECF system and a copy of the foregoing Notice has been placed in the U.S. mail on January 14, 2011, addressed to the following:

Allstate Financial Services, Inc
c/o Michael O'Conner, Registered Agent
1050 E Flamingo Road
Las Vegas, NV 89119

/s/ Christine Pham